# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OSVALDO MACHADO-LEON,

    Plaintiff,

v.

FACILITY ADMINISTRATOR,
DESERT VIEW ANNEX et al.,

    Defendants.

Case No. 5:26-cv-01518-SB-DFM

**FINAL JUDGMENT**

    For the reasons stated in the separate order granting in part Petitioner Osvaldo Machado-Leon's ex parte application for a temporary restraining order (Dkt. No. 10) and the dismissal order entered this date, it is ordered that Petitioner's habeas corpus petition is dismissed as moot.

    This is a final judgment.

Date: April 30, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1